Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANDREY TURCHIN,<br>a/k/a, "fxmsp," *et al.*,<br><br>Defendant. | NO. CR18-303RAJ<br><br>ORDER UNSEALING CHARGING DOCUMENTS AND WARRANTS FOR LIMITED PURPOSE<br><br>*Filed Under Seal* |

This matter comes before the Court upon the *ex parte* motion of the United States of America for an Order unsealing the Indictment and Arrest Warrant issued for the fugitive defendant, and any further superseding indictments and arrest warrants, in the above-captioned case for the limited purpose of assisting the United States and foreign authorities to facilitate arrests, extraditions, and other law enforcement actions such as searches and interviews. Having considered the entirety of the record and files herein, the Court finds that based upon the motion of the United States and for good cause shown,

IT IS HEREBY ORDERED that the Indictment and Arrest Warrant, and any subsequent superseding indictments and arrest warrants, are unsealed for the limited

ORDER UNSEALING CHARGING DOCUMENTS AND WARRANTS FOR LIMITED PURPOSE - 1
*United States v. Turchin* (CR18-303RAJ)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1 purpose of facilitating arrest, extradition, and other law enforcement actions, including
2 searches and interviews, and that the United States may provide these documents to
3 United States authorities, government officials, foreign police and prosecuting
4 authorities, and foreign courts, as necessary to pursue this limited purpose.

5       IT IS FURTHER ORDERED that the charging documents and arrest
6 warrants, along with this Motion and Order, otherwise shall remain sealed for all other
7 purposes at this time. Nothing in this Order affects the unsealing of such material by
8 other court rules, applicable laws, or future Order of this Court.

10 Dated this 19th day of February, 2019.

14 HON. RICHARD A. JONES
United States District Judge

17 Presented by:

20 STEVEN T. MASADA
21 Assistant United States Attorney

ORDER UNSEALING CHARGING DOCUMENTS AND WARRANTS FOR
LIMITED PURPOSE - 2
United States v. Turchin (CR18-303RAJ)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970