The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANDREY TURCHIN,<br>a/k/a, "fxmsp," *et al.*,<br><br>Defendant. | NO.   CR18-303RAJ<br><br>**UNITED STATES' MOTION TO UNSEAL COURT DOCKET AND PLEADINGS**<br><br>Noted:  July 7, 2020 |

The United States of America, by and through undersigned counsel, respectfully requests that the Court issue an order directing the Clerk of the Court to unseal the docket and pleadings in the above-captioned matter.

## I.  DISCUSSION

On December 12, 2018, a Grand Jury sitting in the Western District of Washington returned an Indictment (Dkt. #1), under seal, charging Andrey Turchin with various felony counts of Computer Fraud and Abuse, Wire Fraud, Conspiracy to commit those offenses, and Access Device Fraud, relating to his involvement in a sophisticated computer hacking scheme targeting victims in the United States and elsewhere. According to the Indictment, Turchin, also known by the online alias "fxmsp," among others, was a prominent member of a prolific, financially-motivated cybercriminal group

MOTION TO UNSEAL - 1
*United States v. Turchin* (CR18-303RAJ)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

that hacked the protected computer networks of a broad array of corporate entities, educational institutions, and governments across the globe.  Turchin and his associates employed an array of malicious code and techniques to establish persistent unauthorized access to victim networks, which they in turn offered for sale to other cybercriminals on various underground online forums and through private deals with trusted or established buyers.

U.S. authorities have reason to believe that Turchin is aware of the existence of pending criminal charges in the United States.

Given the group's prolific nature, sophistication, and notable victims, "fxmsp" and his accomplices, commonly referred to collectively as the "fxmsp" group, have been a subject of interest of cybersecurity researchers.  In June 2020, a foreign-based private cybersecurity firm published a comprehensive report: "Fxmsp: 'The Invisible God of Networks.'"  In addition to tracking "fxmsp's" evolution and his group's exploits and list of victims, this report publicly identified "fxmsp" as Andrey Turchin, of Kazakhstan, and provided a detailed explanation of the researchers' attribution determination.  Since its publication, various news outlets in the United States and abroad, citing the report, have published articles about "fxmsp" and his identification as Turchin.[1]

Turchin remains a fugitive, and the United States continues to work with foreign authorities and to pursue his apprehension to face charges in the United States.

Given the unique circumstances of this matter, which include, among other things, Turchin's knowledge of the criminal charges in the United States and his public identification as the prolific hacker "fxmsp," the government concludes that competing interests to the contrary outweigh its interest in maintaining this matter under seal.

//

//

---

[1] *See, e.g.,* https://www.bleepingcomputer.com/news/security/fxmsp-hackers-made-15m-selling-access-to-corporate-networks/; https://www.forbes.com/sites/thomasbrewster/2020/06/23/warning-invisible-god-hacker-broke-into-more-than-135-companies-in-just-three-years/#485ef7e2578c.

MOTION TO UNSEAL - 2
*United States v. Turchin* (CR18-303RAJ)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## II.  CONCLUSION

Accordingly, for the reasons set forth herein, the United States respectfully requests that the Court issue an order directing the Clerk of the Court to unseal the docket in the above-captioned matter, including the charging document and arrest warrant issued for the defendant.

The United States further requests that individual records on file otherwise subject to separately filed sealing orders, if any, remain under seal.

DATED this 7th day of July, 2020.

Respectfully submitted,

BRIAN T. MORAN
United States Attorney

*s/ Steven T. Masada*
STEVEN T. MASADA
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone:   (206) 553-4282
Fax:      (206) 553-4440
E-mail:  Steven.Masada@usdoj.gov

MOTION TO UNSEAL - 3
*United States v. Turchin* (CR18-303RAJ)

The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

ANDREY TURCHIN,
a/k/a, "fxmsp," *et al.*,

Defendant.

NO.   CR18-303RAJ

**[PROPOSED] ORDER UNSEALING
COURT DOCKET**

Having reviewed the United States' Motion to Unseal Court Docket and the records and files in the above-captioned matter, the Court finds that the circumstances are as set forth in said motion and the request to unseal the court dockets is hereby GRANTED.

Accordingly,

IT IS HEREBY ORDERED that the Clerk of the Court shall unseal the docket in the above-captioned matter, *United States v. Andrey Turchin*, CR18-303RAJ.

//

//

//

ORDER UNSEALING - 1
*United States v. Turchin* (CR18-303RAJ)

1    IT IS FURTHER ORDERED that the records on file in the above-captioned

2    matters that are otherwise subject to separately filed sealing orders, if any, shall remain

3    under seal.

4    SO ORDERED.

5

6    DATED this _____ day of July, 2020.

7

8

9                                          _____

10                                         HON. RICHARD A. JONES
                                           United States District Judge
11

12

13   Presented by:

14   *s/ Steven T. Masada*
                              
15   STEVEN T. MASADA
     Assistant United States Attorney
16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER UNSEALING - 2
*United States v. Turchin* (CR18-303RAJ)