The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>    v.<br><br>ANDREY TURCHIN,<br> a/k/a, "fxmsp," *et al.*,<br><br>       Defendant. | NO. CR18-303RAJ<br><br>ORDER UNSEALING<br>COURT DOCKET |

Having reviewed the United States' Motion to Unseal Court Docket and the records and files in the above-captioned matter, the Court finds that the circumstances are as set forth in said motion and the request to unseal the court docket is hereby GRANTED.

Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court shall unseal the docket in the above-captioned matter, *United States v. Andrey Turchin*, CR18-303RAJ.

IT IS FURTHER ORDERED that the records on file in the above-captioned matters that are otherwise subject to separately filed sealing orders, if any, shall remain under seal.

SO ORDERED.

DATED this 7th day of July, 2020.

*[signature]*
_____
The Honorable Richard A. Jones
United States District Judge

ORDER UNSEALING COURT DOCKET – 1
*United States v. Turchin* (CR18-303RAJ)