1

2

3

4

5

6

7

8

9

The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

10 | UNITED STATES OF AMERICA,

11 | Plaintiff,

12 | v.

13

14

15 | ANDREY TURCHIN,
a/k/a, "fxmsp," *et al.*,

16 | Defendant.

NO.   CR18-303RAJ

ORDER GRANTING MOTION FOR
ALTERNATIVE VICTIM NOTIFICATION
PROCEDURE

17

18      THE COURT, having considered the government's motion for alternative victim

19 notification, and all the files and records in the above-captioned matter, finds that the

20 circumstances are as set forth in said motion and, accordingly:

21      IT IS ORDERED that the government's motion is GRANTED.

22      IT IS FURTHER ORDERED, pursuant to 18 U.S.C. §3771(d)(2), that given the

23 large number of potential victims in this case, the United States is authorized to provide

24 the notifications required by 18 U.S.C. § 3771 via the Internet.  The government shall

25 post a link on the Department of Justice's large case website, located at

26 http://www.justice.gov/largecases/, that will direct potential victims to a webpage that

27 contains case-specific notifications and information on how to submit victim impact

28 statements.

ORDER - 1
*United States v. Turchin* (CR18-303RAJ)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1       SO ORDERED.

2       DATED this 7th day of July, 2020.

3

4       _____

5       The Honorable Richard A. Jones

6       United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER - 2
*United States v. Turchin* (CR18-303RAJ)